# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA § MAG. DOCKET NO.: 4:21-MJ-055
§
v. §
§
§
Nicholas DeCarlo § CRIMINAL NO.: _____
§

*U.S. DISTRICT COURT, NORTHERN DISTRICT OF TEXAS — FILED JAN 2 6 2021 — CLERK, U.S. DISTRICT COURT, By _____ Deputy*

## ENTRY OF APPEARANCE OF COUNSEL

[✓]  I wish to enter my appearance as *retained* counsel for the above-named defendant(s) in this cause.

[ ]  I hereby enter my appearance as *appointed* counsel for the above-named defendant(s) in this cause.

> I understand that it is my duty to continue to represent the above-named defendant(s) in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; to assist the defendant(s) with any appeal which the defendant(s) desires to perfect, and to represent the defendant(s) on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

In all cases an arraignment is scheduled promptly after the return or filing of an indictment or information, at which time the defendant must enter a plea. Your attention is directed to Rule 12 Federal Rules of Criminal Procedure, pertaining to pretrial motions.

1/26/2021
Date

*(signature)*
Signature of Attorney

Blake Burns
Attorney Name (Please Print)

24066989
Attorney Bar Number

115 N Henderson St
Street Address

Fort Worth, TX 76102
City/State/Zip

bburnslaw@gmail.com
Email Address

817/870-1544
Telephone (including area code)

817 870 1589
Fax Number